ter of an appeal from an order made by the Town Board of Oyster Bay, dismissing charges against John S. Burke, as Superintendent of Highways, etc. No opinion. Motion for stay granted, without costs.

**TRACY DEVELOPMENT CO. v. BECKER** et al. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by the Tracy Development Company against Charles D. Becker and others. No opinion. Interlocutory judgment affirmed, with costs, with leave to the appellant to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.

**TRAITEL MARBLE CO. v. BROWN BROS., Inc.** (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by the Traitel Marble Company against Brown Bros., Incorporated. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 562.

**TROTTO v. RHEINFRANK HOUSE-WRECKING CO.** (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by James Trotto against the Rheinfrank Housewrecking Company. No opinion. Motion granted, with $10 costs. Order filed.

**TUBBS v. HULSE.** (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by George W. Tubbs against Frederick Hulse. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

**TULLY v. SEYMOUR** et al. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Thomas Francis Tully against Mary F. Seymour and others. No opinion. Judgment affirmed, with costs.

**UNITED STATES TITLE GUARANTY CO., Appellant, v. BROWN, Respondent.** (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by the United States Title Guaranty Company against Arthur A. Brown. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 158 App. Div. 542, 143 N. Y. Supp. 835.

**VAL FINK CO. v. LOCOMOBILE CO.** (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by the Val Fink Company against the Locomobile Company. No opinion. Application denied, with $10 costs. Order signed.

**VAN GAASBEEK, Appellant, v. TISDALE LUMBER CO.** et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by Richard M. Van Gaasbeek against the Tisdale Lumber Company and others. No opinion. Motion for reargument denied, without costs. See, also, 143 N. Y. Supp. 1147.

**VAN HORN, Appellant, v. VAN HORN, Respondent.** (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Eudora A. Van Horn against Frank M. Van Horn. A. Thain, of New York City, for appellant. W. W. Willcox, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

**VARNEY, Appellant, v. DITMARS, Respondent.** (Supreme Court, Appellate Division, First Department. November 21, 1913.) Action by George A. Varney against Isaac E. Ditmars. B. Reass, of New York City, for appellant. Eidlitz & Hulse, of New York City, for respondent.
PER CURIAM. Judgment affirmed, with costs. Order filed.
LAUGHLIN, J., dissents.

**VARON, Respondent, v. AMERICAN MFG. CO., Appellant.** (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Ovadio Varon against the American Manufacturing Company. No opinion. Motion granted, without costs. See, also, 143 N. Y. Supp. 1148; 144 N. Y. Supp. 1148.

**VARON, Respondent, v. AMERICAN MFG. CO., Appellant.** (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Ovadio Varon against the American Manufacturing Company.
PER CURIAM. Order reversed on reargument, with $10 costs and disbursements, and motion for change of venue to New York county granted, with $10 costs, on the ground that the motion papers show, without contradiction, that the plaintiff resides in New York county, and the allegations of his complaint show expressly that the defendant is doing business in Kings county. See, also, 144 N. Y. Supp. 1148.

**VINGUT** et al., Respondents, v. SIRE, Appellant. (Supreme Court, Appellate Division, First Department. December 26, 1913.) In the matter of George F. Vingut and others against Henry B. Sire. F. Bien, of New York City, for appellants. S. L. Josephthal, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**In re VOLK** et al. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) In the matter of the application of Katie Volk and another for the appointment of a committee of the person and property of

Catherine Dresch, an alleged incompetent person. No opinion. Order affirmed, with $10 costs and disbursements.

In re VON RAITZ. (Supreme Court, Appellate Division, First Department. November 28, 1913.) In the matter of Feodor Von Raitz. No opinion. Judgment affirmed, with costs. Order filed.

VON RUTI, Respondent, v. FITZGERALD, Appellant. (Supreme Court, Appellate Division, Second Department. November 14, 1913.) Action by Barbara Von Ruti against Mary E. Fitzgerald. No opinion. Judgment and order of the County Court of Queens County unanimously affirmed, with costs.

VOSE v. CONKLING et al. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Flora L. Vose against Joseph C. Conkling and others. No opinion. Motion to dismiss appeal denied, without costs. Order filed. See, also, 153 App. Div. 40, 137 N. Y. Supp. 1066; 144 N. Y. Supp. 1149.

VOSE, Respondent, v. CONKLING et al., Appellants. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Flora L. Vose against Joseph C. Conkling and others. No opinion. Motion denied, without costs. Settle order on notice. See, also, 144 N. Y. Supp. 1149.

VOSE v. CONKLING et al. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Flora L. Vose against Joseph C. Conkling and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1149.

WADSWORTH, Appellant, v. BOARD OF SUP'RS OF LIVINGSTON COUNTY, et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by James W. Wadsworth against the Board of Supervisors of Livingston County and others. No opinion. Judgment affirmed, with costs. See, also, 139 App. Div. 832, 124 N. Y. Supp. 334.

WAIT, Respondent, v. FRANK B. GILBRETH, Appellant. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by John C. Wait, as receiver, etc., against Frank B. Gilbreth, a corporation. W. P. McKown, of New York City, for appellant. C. A. Winter, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WALLING, Respondent, v. ONEONTA WATERWORKS CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 26, 1913.) Action by Elevia Ett Walling against the Oneonta Waterworks Company. No opinion. Order unanimously affirmed, with $10 costs and disbursements.

WALSH, Respondent, v. MORSE DRY DOCK & REPAIR CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by James Walsh against the Morse Dry Dock & Repair Company. No opinion. Judgment and order unanimously affirmed, with costs. Leave to appeal to Court of Appeals denied, 144 N. Y. Supp. 1149.

WALSH, Respondent, v. MORSE DRY DOCK & REPAIR CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by James Walsh against the Morse Dry Dock & Repair Company. No opinion. Motion for leave to appeal to the Court of Appeals (from 144 N. Y. Supp. 1149) denied.

WALTER B. PERKINS CO., Respondent, v. RICHMOND LAND CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by the Walter B. Perkins Company against the Richmond Land Company. No opinion. Motion granted, and appeal dismissed, with costs.

WARD, Respondent, v. GARDINER, Appellant. (Supreme Court, Appellate Division. Second Department. December 19, 1913.) Action by Artemas Ward against Alfred P. Gardiner. No opinion. Order affirmed, with $10 costs and disbursements.

WARNER, Appellant, v. OSTRANDER & CO., Inc., Respondent. (Supreme Court, Appellate Division, First Department. November 21, 1913.) Action by H. Dudley Warner against Ostrander & Co., Incorporated. R. Weed, of New York City, for appellant. J. Ingle, Jr., of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WARNOCK, Appellant, v. ROCHESTER RY. & LIGHT CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by Henry Warnock, as administrator, etc., against the Rochester Railway & Light Company. No opinion. Judgment and order affirmed, with costs.

WASHBURN v. RAINIER et al. (Supreme Court, Appellate Division, Second Department. December 12, 1913.) Action by Henry J. Washburn against John T. Rainier and others. No opinion. Motion to resettle order granted, upon condition that, if he so desires, the appellant may withdraw his appeal to the Court of Appeals, and in such case respondents pay